## Rebecca Gravander, Appellee, v. City of Chicago, Appellant.

### Gen. No. 43,583.

opinion filed
February 5, 1947; released for publication February 21, 1947. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal, Head of Appeals and Review Division, Adam E. Patterson, Assistant Corporation Counsel, of counsel; Harry S. Posner, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.